# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1960
LT Case No. 16-2022-CF-005749-A

———————————————

SIOTTIS JAMAL JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____